195 So. 908

**Anthony HOWZE v. STATE.**

2 Div. 678.

Court of Appeals of Alabama.

March 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

190 So. 921

**M. E. HUNTER v. STATE.**

8 Div. 780.

Court of Appeals of Alabama.

June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

190 So. 922

**Bob HYDE v. STATE.**

8 Div. 873.

Court of Appeals of Alabama.

June 30, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

192 So. 914

**Loyt ISOM v. STATE.**

8 Div. 920.

Court of Appeals of Alabama.

Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

196 So. 904

**Ossie ISOM v. STATE.**

7 Div. 523.

Court of Appeals of Alabama.

June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

193 So. 887

**Bill JACO v. CITY OF HUNTSVILLE.**

8 Div. 851.

Court of Appeals of Alabama.

Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.